**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
| v. | |
| **TIMOTHY LAMONT JOHNSON,** | |
| | **Case No. 2:13CR170 DAK** |
| Defendant. | |

This matter is before the court on Defendant Timothy L. Johnson's Motion for Early Termination of Supervised Release.  On November 21, 1996, Mr. Johnson was sentenced to 300 months in federal custody.  His sentence was later reduced to 240 months.  On July 2, 2012, Mr. Johnson was released from prison and reported to a halfway house.   In December 2012, he began his term of supervised release.   He has now successfully completed almost three years of his ten-year term of supervised release.

Pursuant to 18 U.S.C. § 3583(e), and after considering the factors set forth in 18 U.S.C. § 3583(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the court finds that early termination of Mr. Johnson's term of supervised release is warranted by his good conduct, and it is in the interest of justice.

Therefore, for good cause appearing, the court hereby orders that Mr. Johnson's Motion for Early Termination of Supervised Release [Docket No. 5] is GRANTED, and his term of

supervised release is hereby TERMINATED.

DATED this 20th day of October, 2015.

BY THE COURT:

_____

DALE A. KIMBALL
United States District Judge